IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMIE WAZELLE, *et al.* | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:20-CV-203-Z-BR |
| TYSON FOODS, INC., *et al.* | § § § | |
| Respondent. | § | |

## JUDGMENT

Of equal date herewith, the Court **GRANTED** Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Appellate Procedure 12(b)(6) and Texas Civil Practice and Remedies Code § 148.003.

Judgment is entered accordingly.

December 17, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE