UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| Jamie Wazelle, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil No. 2:20-00203-Z-BR |
| Tyson Foods, Inc., et al., | § § | |
| *Defendants*. | § | |

# PLAINTIFFS' NOTICE OF APPEAL

All plaintiffs appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on December 17, 2021.

*Dated: January 14, 2022.*

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Andrew R. Gould*
Kurt B. Arnold
Texas State Bar No. 24036150
Caj Boatright
Texas State Bar No. 24036237
Roland Christensen
Texas State Bar No. 24101222
Joseph McGowin
Texas State Bar No. 24117268
Andrew R. Gould
Texas State Bar No. 24102713
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com

            karnold@arnolditkin.com
            cboatright@arnolditkin.com
            rchristensen@arnolditkin.com
            jmcgowin@arnolditkin.com
            agould@arnolditkin.com

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

 I certify that, on this date, a copy of the above document was served upon all counsel of record via the Court's electronic-filing system in compliance with the Federal Rules of Civil Procedure.


          */s/ Andrew R. Gould*_____
          Andrew R. Gould